Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
William Sardin

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| WILLIAM SARDIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　Defendant. | Case No.: 2:18-cv-00449-MCE-AC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT FIRST NATIONAL BANK OF OMAHA; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff William Sardin and defendant First National Bank of Omaha, that First National Bank of Omaha be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  August 23, 2018          **SAGARIA LAW, P.C.**

                                 By:  */s/ Elliot W. Gale*
                                 Elliot W. Gale
                                 Attorneys for Plaintiff
                                 William Sardin


DATED:  August 23, 2018          **ROONEY LAW**

                                 By:  */s/ Cory Rooney*
                                 Cory Rooney
                                 Attorneys for Defendant
                                 First National Bank of Omaha

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Cory Rooney has concurred in this filing.

*/s/ Elliot Gale*